UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                              :        CASE NO 08-13419
                                                             CHAPTER 13
GREGORY B. SMITH
BEVERLY D. SMITH                                    :        JUDGE BURTON PERLMAN
      DEBTORS
                                                    :        NOTICE OF TRANSMITTAL OF
                                                             UNCLAIMED FUNDS

     Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

     The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 916755    | $1,232.12 |

Creditor(s)
Jefferson Capital Systems
P.O. Box 23051
Columbus, GA 31902-3051

                                          Respectfully submitted,


                                  /s/    Margaret A. Burks, Esq.____
                                         Margaret A. Burks, Esq.
                                         Chapter 13 Trustee
                                         Attorney No. OH 0030377

                                         Francis J. DiCesare, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0038798

                                         Karolina F. Perr, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0066193

                                         600 Vine Street, Suite 2200
                                         Cincinnati, OH 45202
                                         (513) 621-4488
                                         (513) 621 2643 (Facsimile)
                                         mburks@cinn13.org - Correspondence only
                                         fdicesare@cinn13.org
                                         kperr@cinn13.org
                                         cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 21, 2010.

       /s/     <u>Margaret A. Burks, Esq.</u>
                   Margaret A. Burks, Esq.

Jefferson Capital Systems
P.O. Box 23051
Columbus, GA 31902-3051

Debtor(s) Counsel
KEEGAN & CO., L.P.A.
4440 GLENESTE-WITHAMSVILLE RD.
SUITE 350
CINCINNATI, OH  45245

Debtor(s)
GREGORY B. SMITH
BEVERLY D. SMITH
6754 OAK BARK DRIVE
LOVELAND, OH  45140

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN 56302-9617